# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose D Ornelas,<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>            Defendant. | NO. CV-23-00568-TUC-JCH (BGM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed April 12, 2024, judgment is entered in favor of Plaintiff and against the Commissioner, reversing the final decision. This case is remanded to the Social Security Commissioner for proceedings consistent with the terms of the Stipulation for Remand.

Debra D. Lucas
District Court Executive/Clerk of Court

April 12, 2024

By   s/ C. Ortiz
     Deputy Clerk